UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUE ELLEN CURTIS,<br><br>  Plaintiff,<br><br>  v.<br><br>LHP POCATELLO, LLC, d/b/a PORTNEUF MEDICAL CENTER, and POCATELLO HOSPITALL, LLC, d/b/a PORTNEUF MEDICAL CENTER,<br><br>  Defendants. | Case No. 4:15-cv-00444-DCN<br><br>**JUDGMENT** |

Based upon this Court's Order granting summary judgment in favor of Defendants the Court being fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff shall take nothing from the Defendants and this case is DISMISSED in its entirety.

DATED: October 30, 2017

_____
David C. Nye
U.S. District Court Judge